MATTHEW J. GAUGER, Bar No. 139785
KERIANNE R. STEELE, Bar No. 250897
GARY P. PROVENCHER, Bar No. 250923
ANTHONY TUCCI, Bar No. 288819
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone  (916) 443-6600
Fax  (916) 442-0244
E-Mail:  mgauger@unioncounsel.net
         ksteele@unioncounsel.net
         gprovencher@unioncounsel.net
         atucci@unioncounsel.net

Attorneys for Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021 and NICOLLE PAAPKE

WILLIAM H. LITTLEWOOD, Bar No. 202877
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone  (559) 433-1300
Fax  (559) 433-2300
E-Mail:  william.littlewood@mccormickbarstow.com

Attorneys for Defendant COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, and NICOLLE PAAPKE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, a California General Law County,<br><br>Defendant. | No. 1:14-CV-00483-GSA<br><br>**STIPULATION AND ORDER REGARDING STATUS AND SCHEDULING CONFERENCE**<br><br>**TELEPHONIC APPEARANCE REQUESTED**<br><br>Judge:         Honorable Gary S. Austin<br>Hearing Date:  September 3, 2014<br>Time:          9:00 a.m.<br>Courtroom:     10 (6th Floor) |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

Case No. 1:14-cv-00483-GSA
15800-00018 2991447.1

1  Plaintiff's counsel is unavailable for the Status and Scheduling Conference on the date it
2 is currently set, August 27, 2014.  The parties therefore stipulate to request the Court to continue
3 the Status and Scheduling Conference to September 3, 2014 at 9:00 a.m.

4  IT IS SO STIPULATED.

5 Dated:   August 21, 2014                           WEINBERG, ROGER & ROSENFELD
                                                                         A Professional Corporation
6

7                                                                            /s/  Matthew J. Gauger
                                                                 By:     MATTHEW J. GAUGER
8                                                                        Attorneys for Plaintiffs SEIU LOCAL 1021 and
                                                                         NICOLLE PAAPKE
9

10 Dated:   August 21, 2014                           MCCORMICK BARSTOW ET AL, LLP

11

12                                                                            /s/  William H. Littlewood
                                                                 By:     WILLIAM H. LITTLEWOOD
13                                                                       Attorneys for Defendant COUNTY OF
                                                                         CALAVERAS
14

15 IT IS SO ORDERED.

16  Dated:   **August 22, 2014**                              **/s/ Gary S. Austin**
17                                                                          UNITED STATES MAGISTRATE JUDGE

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

1

Case No. 1:14-CV-00483-GSA