MATTHEW J. GAUGER, Bar No. 139785
KERIANNE R. STEELE, Bar No. 250897
GARY P. PROVENCHER, Bar No. 250923
ANTHONY TUCCI, Bar No. 288819
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone  (916) 443-6600
Fax  (916) 442-0244
E-Mail:  mgauger@unioncounsel.net
            ksteele@unioncounsel.net
            gprovencher@unioncounsel.net
            atucci@unioncounsel.net

Attorneys for Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021 and NICOLLE PAAPKE

WILLIAM H. LITTLEWOOD, Bar No. 202877
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone  (559) 433-1300
Fax  (559) 433-2300
E-Mail:  william.littlewood@mccormickbarstow.com

Attorneys for Defendant COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, and NICOLLE PAAPKE,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF CALAVERAS, a California General Law County,<br><br>         Defendant. | No. 1:14-CV-00483-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>(Doc. 23) |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

Stipulation and Order for Dismissal with Prejudice
Case No. 1:14-cv-00483-GSA

1. On October 15, 2014, the parties participated in an early Settlement Conference before the Honorable Barbara A. McAuliffe.

2. The parties successfully settled the action. At that time, the Court ordered the parties to complete their settlement agreement or appear at a Show Cause hearing on December 3, 2014.

3. The parties have executed a Settlement Agreement and that Agreement is attached and incorporated herein as though fully set forth as Exhibit A. The Agreement requires that within ten (10) days after payment of the Settlement Sum, the Plaintiffs file a Stipulation for Settlement and Proposed Order.

4. The Settlement Sum having been paid, the parties now submit the instant request to the Court for Dismissal with Prejudice pursuant to the Settlement Agreement.

4. The parties hereto mutually state that they have read the foregoing Stipulation for Dismissal with Prejudice. This Stipulation for Dismissal with Prejudice constitutes the agreement of the parties and is entered into on the dates below indicated.

Dated: December 3, 2014                    WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation


                                                   */s/ Matthew J. Gauger*
                                           By:     MATTHEW J. GAUGER

                                           Attorneys for PLAINTIFFS SERVICE
                                           EMPLOYEES INTERNATIONAL UNION,
                                           LOCAL 1021 and NICOLLE PAAPKE


Dated: December 3, 2014                    MCCORMICK BARSTOW, ET AL, LLP


                                                   */s/ William H. Littlewood*
                                           By:     WILLIAM H. LITTLEWOOD

                                           Attorneys for DEFENDANT COUNTY OF
                                           CALAVERAS

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

Stipulation and Order for Dismissal with Prejudice
Case No. 1:14-CV-00483-GSA

1

**ORDER FOR DISMISSAL WITH PREJUDICE**

Good cause having been shown, this action is DISMISSED with prejudice, pursuant to the foregoing Stipulation for Dismissal with Prejudice, the parties' Settlement Agreement, and Fed. R. Civ. P. 41(a)(2).  The Clerk of Court is directed to close the case upon issuance of this Order.

IT IS SO ORDERED.

Dated: __**December 11, 2014**__              _____/s/ Gary S. Austin_____
                                                                    UNITED STATES MAGISTRATE JUDGE

134435/788565

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

2

Stipulation and Order for Dismissal with Prejudice
Case No. 1:14-CV-00483-GSA